UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Peter Obe,<br><br>     Plaintiff,<br> v.<br><br>Consumer Portfolio Services, Inc.; and DOES 1-10, inclusive,<br><br>     Defendant. | Civil Action No.: 11-cv-1559 |

**NOTICE OF SETTLEMENT**

  NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: June 24, 2011

                Respectfully submitted,

                PLAINTIFF, Peter Obe

                /s/ Sergei Lemberg

                Sergei Lemberg, Esq. (SL 6331)
                **LEMBERG & ASSOCIATES L.L.C.**
                1100 Summer Street, 3rd Floor
                Stamford, CT 06905
                Telephone: (203) 653-2250
                Facsimile:  (877) 795-3666
                slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 24, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                               By /s/ Sergei Lemberg

                                                  Sergei Lemberg