UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Peter Obe,

                           Plaintiffs,           **O R D E R**

                                              11 Civ. 1559 (CS)

        - against -

Consumer Portfolio Services, Inc., and Does
1-10 inclusive,

                           Defendant.
----------------------------------------------------------X
<u>Seibel, J.</u>

      It having been reported to this Court that this case has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

      SO ORDERED.

Dated:  White Plains, New York
           July 12, 2011

                                                                             _____
                                                                        Cathy Seibel, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/11